UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JEREMY WRIGHT,

        Plaintiff,

Case No. 1:25-cv-484

v.

Honorable Ray Kent

COUNTY OF KENT et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: June 9, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge